UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JIM PERRON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CAUSE NO. 1:20-cv-02002-JRS-DLP |
| | ) |
| VEOLIA NORTH AMERICA, LLC | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES**

Plaintiff Jim Perron, by counsel, and pursuant to Federal Rule of Civil Procedure 26(a)(1), hereby notifies the Court that counsel for Perron has served a copy of Plaintiff's Initial Disclosures upon all counsel of record in this lawsuit.

Respectfully submitted,

*/s/ Christopher S. Stake*
Kathleen A. DeLaney (#18604-49)
Christopher S. Stake (#27356-53)
DELANEY & DELANEY LLC
3646 Washington Blvd.
Indianapolis, IN 46205

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 29th day of October, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

      Melissa K. Taft
      Tony H. McGrath
      Jackson Lewis P.C.
      Melissa.taft@jacksonlewis.com
      tony.mcgrath@jacksonlewis.com

                                               */s/ Christopher S. Stake*
                                               Christopher S. Stake

DeLaney & DeLaney LLC.
3646 N. Washington Blvd.
Indianapolis, IN 46205