UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JIM PERRON,

Plaintiff,

v.

VEOLIA NORTH AMERICA, LLC

Defendant.

CAUSE NO. 1:20-cv-02002-JRS-DLP

**PLAINTIFF'S PRELIMINARY WITNESS LIST**

Plaintiff Jim Perron ("Perron") by counsel, and pursuant to the Case Management Plan applicable to this case, hereby submits his Preliminary Witness List which identifies witnesses who may be called to give testimony in this matter. This list does not specifically include witnesses which may be used for purposes of impeachment or rebuttal.

1. Jim Perron – Plaintiff; knowledge related to the allegations in Plaintiff's Complaint; c/o DeLaney & DeLaney LLC;

2. Joe Tackett – Senior Vice President of Operations, Veolia North America, LLC ("Veolia"); knowledge related to allegations in Plaintiff's Complaint; c/o Veolia.

3. Keith Sharlog – Vice President of Business Support, Veolia; knowledge related to allegations in Plaintiff's Complaint; c/o Veolia.

4. Tanya Barber – Senior Human Resources Business Partner, Veolia; knowledge related to allegations in Plaintiff's Complaint; c/o Veolia.

5. Keith Oldewurtel – Chief Operating Officer, Veolia; knowledge related to allegations in Plaintiff's Complaint; c/o Veolia.

6. Mike Moler – Director of Business Development, Veolia; knowledge related to allegations in Plaintiff's Complaint; c/o Veolia.

7. Lexi Gunther – Office Manager, Veolia; knowledge related to allegations in Plaintiff's Complaint; c/o Veolia.

8. Josh Berezowsky – Director of Business Development, Veolia; knowledge related to allegations in Plaintiff's Complaint; c/o Veolia.

9. All past or present officers, agents, or employees of Veolia who have knowledge of Perron's past work performance or other facts and circumstances alleged in the Complaint.

10. Any and all similarly situated Veolia employees who are younger than Perron, or under the age of 40, and were treated more favorably than Perron.

11. All past or present officers, agents, or employees of Defendant who have knowledge of the facts and circumstances alleged in the Complaint.

12. Expert Witnesses to be identified in accordance with the Court's Case Management Order.

13. All witnesses necessary to authenticate exhibits.

14. All individual, presently known, who may be required to testify as rebuttal witnesses.

15. All individuals, presently unknown, who are identified through discovery.

16. And, all witnesses identified by the parties in Preliminary, Final, and Supplemental Witness lists.

Respectfully submitted,

*/s/ Christopher S. Stake*___________
Kathleen A. DeLaney (#18604-49)
Christopher S. Stake (#27356-53)
DELANEY & DELANEY LLC
3646 Washington Blvd.
Indianapolis, IN 46205

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of November, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

Melissa K. Taft
Tony H. McGrath
Jackson Lewis P.C.
Melissa.taft@jacksonlewis.com
tony.mcgrath@jacksonlewis.com

*/s/ Christopher S. Stake*
Christopher S. Stake

DeLaney & DeLaney LLC.
3646 N. Washington Blvd.
Indianapolis, IN 46205